IN RE: BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,

                              Debtors

    D & V Claimants,

                Appellant