# United States Court of Appeals
### for the
# Third Circuit

---

Case No. 23-1666

BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,

*Debtors.*

---

DUMAS & VAUGHN CLAIMANTS,

*Appellants,*

– v. –

BOY SCOUTS OF AMERICA, *et al.*,

*Appellees.*

---

ON APPEAL FROM ORDER DATED MARCH 28, 2023,
ENTERED BY THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE,
CASE 22 CV-01237 (RGA)[1]

---

## DUMAS & VAUGHN CLAIMANT'S MOTION TO FILE EXHIBITS UNDER SEAL

---

[1] Case number 22-cv-01237 (RGA) is a consolidated case including District Court cases 22-cv-01237, 22-cv-01238, 22-cv-01239, 22-cv-01240, 22-cv-01241, 22-cv-01242, 22-cv-01243, 22-cv-01244, 22-cv-01245, 22-cv-01246, 22-cv-01247, 22-cv-01249, 22-cv-01250, 22-cv-01251, 22-cv-01252, 22-cv-01258, and 22-cv-01263. The Dumas & Vaughn Claimants' appeal is docketed in the District Court at 22-cv-01249.

Gilion C. Dumas
DUMAS & VAUGHN, LLC
3835 NE Hancock Street, Suite GLB
Portland, OR 97212
Telephone: (503) 616-5007
Email: gilion@dumasandvaughn.com

Charles J. Brown, III, Esquire
GELLERT SCALI BUSENKELL & BROWN LLC
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Telephone: (302) 425-5813
Email: cbrown@gsbblaw.com

Dumas & Vaughn ("D&V") Claimants, by and through their undersigned attorneys, seek leave to file certain exhibits identified in the Joint Appendix under seal. In support of this motion, D&V Claimants state as follows:

1. This is an appeal from the bankruptcy court's confirmation of a plan of reorganization for the Boy Scouts of America (*In re Boy Scouts of America and Delaware BSA, LLC.*, 642 B.R. 504, 525 (Bankr. D. Del. 2022)), affirmed by the district court (*In re BSA*, 650 B.R. 87 (Del. D. 2023)).

2. D&V Claimants want to file under seal five Proofs of Claim filed in the bankruptcy by D&V Claimants. They also want to file under seal JX 1003, BSA's Historical Settlements Spreadsheet.

3. In the underlying case, Abuse Proofs of Claim were Confidential by their terms. Every Proof of Claim form states, "Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept <u>confidential</u>, under seal, and outside the public record." (Emphasis in original.)

4.  Accordingly, D&V Claimants seek leave to file the Abuse Proofs of Claim identified in the Joint Appendix as A26327-449 and A26508-850 under seal.

5.  Additionally, Debtors marked certain documents "Confidential" under the terms of a Protective Order entered before D&V Claimants were Participating Parties in the case. *Order Approving Confidentiality and Protective Order* entered on June 8, 2020 (Bankr. Dkt. No. 799) (the "Protective Order"). When D&V Claimants became Participating Parties, they agreed to comply with the terms of the Protective Order.

6.  Therefore, D&V Claimants seek leave to file A26216-18 (JTX 1003, Boy Scouts of America Historical Settlements Spreadsheet) under seal because Debtors marked this document Confidential under the Protective Order.

For the foregoing reasons, D & V Claimants respectfully request leave to file the full version of Abuse Proofs of Claim and the Boy Scouts of America Historical Settlements Spreadsheet under seal.

/ / /

/ / /

Dated: July 24, 2023

                        DUMAS & VAUGHN, LLC

                        */s/ Gilion C. Dumas*
                        Dumas & Vaughn, LLC
                        3835 NE Hancock Street, Suite GLB
                        Portland, OR 97212
                        Telephone: (503) 616-5007
                        Email: gilion@dumasandvaughn.com
                        *Counsel to D & V Claimants*

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with the type-volume limitation of Federal Rules of Appellate Procedure 27. A proportionally spaced typeface was used, as follows:

    Name of typeface: Century
    Point size: 14
    Line spacing:  Double

The total number of words in the motion is 312.

## CERTIFICATE OF SERVICE

      I, Gilion C. Dumas, hereby certify that on July 24, 2023, I caused a copy of the forgoing **DUMAS & VAUGHN CLAIMANT'S MOTION TO FILE EXHIBITS UNDER SEAL**, to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

DATED: July 24, 2023

                **DUMAS & VAUGHN, LLC**

                /s/ Gilion C. Dumas
                Dumas & Vaughn, LLC
                3835 NE Hancock Street, Suite GLB
                Portland, OR 97212
                Telephone: (503) 616-5007
                Email: gilion@dumasandvaughn.com