# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

---

BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC

Debtors.

DUMAS & VAUGHN CLAIMANTS

Appellants,

v.

BOY SCOUTS OF AMERICA, et al

Appellees

Case No. 23-1666

---

Appeal from Order dated March 28, 2023, entered by the United States District Court, District of Delaware Case No. 22-cv-01237 (RGA)

---

## RESPONSE OF DUMAS & VAUGHN CLAIMANTS TO NON-PARTY BSA SETTLEMENT TRUST'S AND TRUSTEE'S MOTION FOR LEAVE TO FILE CONSOLIDATED OBJECTION TO MOTIONS FOR STAY

---

Gilion C. Dumas
DUMAS & VAUGHN, LLC
3835 NE Hancock Street, Suite GLB
Portland, OR 97212
Telephone: (503) 616-5007
Email: gilion@dumasandvaughn.com

///
///

Charles J. Brown, III, Esquire (No. 3368)
GELLERT SCALI BUSENKELL & BROWN LLC
1201 N. Orange St., 3rd Floor
Wilmington, DE 19801
Phone: (302) 425-5813
Email: cbrown@gsbblaw.com

*Counsel to D&V Claimant*

Dumas & Vaughn ("D&V") Claimants respond to the *Non-Party BSA Settlement Trust's and Trustee's Motion for Leave to File Consolidated Objection to Motions [for Stay]* (D.I. 107-1) as follows:

Appellants have filed Motions to Stay further implementation of the plan. (D.I. 96, 97, 105.) Boy Scouts of America filed a motion for leave to file a consolidated response of 10,000 words. (D.I. 102.) The Settlement Trust and Trustee now move for leave to file an additional 7,500-word response. Other Appellants may file their own responses. Appellants, who all abided by the word limits for their motions, will have to reply to at least 17,500 words of briefing. Because the Settling Insurers, Future Claims Representive, or other Appellees will almost certainly file their own responses, it is reasonable to assume that the total word count for all responses much higher than 17,500.

D&V Claimants object to any non-party filing a response to the consolidated motions for stay, including the Settlement Trust and Settlement Trustee. D&V Claimants ask this Court to deny the Trustee's motion for leave.

If Appellees believe the Trust and Trustee raise issues to be addressed in the motions for stay, Appellees should incorporate those

1

arguments, supported by the Trustee's Declaration, in their own response to the motions. Appellees are the parties, they should respond. The Trust and the Trustee are not parties and should not be allowed to respond. Federal Rule of Appellate Procedure 27(a)(3)(A) permits "any party" to file an objection to a motion. The rule does not allow non-parties to intervene and file an objection.

In the alternative, D&V ask that this Court allow one consolidated response from motion opponents to the Motions for Stay. Either the Appellees should file one consolidated response, or the Trustee, or all of them together. It is unfairly prejudicial to Appellants to allow opponents 17,500 or more words in response and for Appellants to have to reply to multiple briefs totaling 17,500 words or more.

Dated: October 20, 2023

DUMAS & VAUGHN, LLC
/s/ *Gilion C. Dumas*
Dumas & Vaughn, LLC
3835 NE Hancock Street, Suite GLB
Portland, OR 97212
Telephone: (503) 616-5007
Email: gilion@dumasandvaughn.com

GELLERT SCALI BUSENKELL & BROWN LLC
/s/ *Charles J. Brown, III*
Charles J. Brown, III, Esquire
1201 N. Orange St., 3rd Floor

Wilmington, DE 19801
Phone: (302) 425-5813
Email: cbrown@gsbblaw.com

*Counsel to D&V Claimants*

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with the type-volume limitation of Federal Rule of Bankruptcy Procedure 8013(f). A proportionally spaced typeface was used, as follows:

    Name of typeface: Century
    Point size: 14
    Line spacing: Double

The total number of words in the motion, excluding the items set forth in Federal Rule of Bankruptcy Procedure 8015(g), is 325.

## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, hereby certify that on October 20, 2023, I caused a copy of the forgoing **RESPONSE OF DUMAS & VAUGHN CLAIMANTS TO NON-PARTY BSA SETTLEMENT TRUST'S AND TRUSTEE'S MOTION FOR LEAVE TO FILE CONSOLIDATED OBJECTION TO MOTIONS FOR STAY** to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

DATED: October 20, 2023	GELLERT SCALI BUSENKELL & BROWN LLC
/s/ *Charles J. Brown, III*
Charles J. Brown, III, Esquire
1201 N. Orange St., 3rd Floor
Wilmington, DE 19801
Phone: (302) 425-5813
Email: cbrown@gsbblaw.com